# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, :   No. 30 EM 2019

        Respondent         :

        v.         :

FRANCIS BOYD,         :

        Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of July, 2019, the Petition for the Pennsylvania Supreme Court to Exercise its King's Bench Authority is DISMISSED.